**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

OLUSOJI MICHAEL AGBOOLA (1);
MICHAEL EDIALE AIHE (2),

Defendants.

Crim. No. 01-162 JRT/FLN

**ORDER**

---

Michelle E. Jones, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

David J. Chapman, CHAPMAN LAW OFFICE, 118 Broadway Suite 806, Fargo, ND 58102, for defendant Agboola.

Leon A. Trawick, TRAWICK & SMITH, 401 Second avenue South, Suite 550, Minneapolis, MN 55401, for defendant Aihe.

This matter is before the Court regarding the distribution of restitution. According to the Judgment and Commitment Orders the defendants were ordered to pay $11,000.00 in restitution to Angela Williams and Arthur Paine. The Court has been notified that Arthur Paine does not have any claim to the property that was purchased by Angela Williams. Therefore, the Clerk shall distribute the restitution amount of $11,000 to Angela Williams only.

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Clerk of the United States District Court shall distribute any payments

toward restitution to Angela Williams and not Arthur Paine up to the amount of $11,000.00. Payments are distributed equally among recipients. Payments of restitution are to be made to the Clerk, United States District Court for disbursement.

DATED: January 17, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge