RECEIVED BY U.S. MAIL
2005 JUL 25 AM
CLERK, U.S. DIST. CT.
MINNEAPOLIS

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District OF MINNESOTA |
|---|---|
| Name (under which you were convicted): MICHEAL AIHE | Docket or Case No.: CR 01-162 (2) JRT/FLN |
| Place of Confinement: | Prisoner No.: CV 05-1529 JRT 09888-041 |
| UNITED STATES OF AMERICA v. AIHE | Movant (include name under which convicted) |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: U.S DISTRICT DISTRICT OF MINNESOTA MINNEAPOLIS MN

   (b) Criminal docket or case number (if you know): 01-162 (2) JRT/FLN

2. (a) Date of the judgment of conviction (if you know): ____

   (b) Date of sentencing: AUGUST 13, 2004.

3. Length of sentence: 10 MONTHS

4. Nature of crime (all counts): REAL ESTATE FRAUD ADDING & ABETTING, MONEY LAUNDERING AND OBSTRUCTION OF JUSTICE

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐ (2) Guilty ☒ (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? PLED GUILTY TO ALL COUNTS EXEMPT THE CIVIL FOREFEITURE CHAGES

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☒

SCANNED
JUL 25 2005
U.S. DISTRICT COURT ST. PAUL

8. Did you appeal from the judgment of conviction? Yes ☐ No ☒

9. If you did appeal, answer the following:

(a) Name of court: ______

(b) Docket or case number (if you know): ______

(c) Result: ______

(d) Date of result (if you know): ______

(e) Citation to the case (if you know): ______

(f) Grounds raised: ______

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): ______

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

(5) Grounds raised: ______

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐ No ☒

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐ No ☒

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☒

(2) Second petition: Yes ☐ No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

THE RETAINED ATTORNEY (PUBLIC DEFENDANT) REFUSED TO INITIATE APPEAL EVEN THOUGH I ASKED HIM TO DO SUCH ESPECIALLY ON ISSUE OF RESTITUTION

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: GOVT./COURT ERRED IN ENHANCING DEFENDANT BY INCORPORATING INTO SENTENCE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): COURT ERRED BY INCORPORATING EVIDENCE NOT ALLEGED IN THE INDICTMENT AND USING THESE RELEVANT CONDUCT TO DETERMINE DEFENDANT RESTITUTION AND UNDERLINING SENTENCES. HENCE A VIOLATION OF THE 6TH AND 5TH AMENDMENT.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __________

Docket or case number (if you know): __________

Date of the court's decision: __________

Result (attach a copy of the court's opinion or order, if available): __________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: MY PUBLIC DEFENDANT REFUSED TO INITIATE APPEAL

GROUND TWO: DEFENDANT SIXTH AMENDMENT WAS VIOLATED

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): DEFENDANT EVEN THOUGH PLED GUILTY TO INDICTMENT, THE COURT ON THE FOREFEITURU CASE SUPPOSED TO HAVE A HEARING WHICH OUGHT TO BE DERIVE THROUGH JURY DETERMINATION

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: MY PUBLIC DEFENDANT REFUSED TO INITIATE APPEAL

**GROUND THREE:** DEFENDANT CONTENDS THERE WAS NO LOSS, COURT MADE A CLEAR ERROR

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): USING CO-DEFENDANT GAINS TO PUNISH DEFENDANT.

WHEN NO LOSS WAS PROVEN AT SENTENCING VIOLATED UNITED STATES SENTENCING GUIDELINE

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: THE RETAINED ATTORNEY (PUBLIC DEFENDER) REFUSED TO INITIATE APPEAL

____________________

____________________

____________________

**GROUND FOUR:** ____________________

____________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ____________________

____________________

____________________

____________________

____________________

____________________

____________________

____________________

____________________

____________________

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

____________________

____________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed: ____________________

____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: INCORPORATING EVIDENCE NOT ALLEGED IN THE INDICTMENT JURY NOT DETERMINING FOREFEITURE AND USING CO-DEFENDANT GAINS TO PUNISH DEFENDANT. REASONS FOR NOT PRESENTING THEM. MY ATTORNEY REFUSE TO INITIATE APPEAL

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: LEON A TRAWICK

(b) At arraignment and plea: ____________

(c) At trial: LEON A TRAWICK / NO TRIAL

(d) At sentencing: LEON A TRAWICK

(e) On appeal: NONE

(f) In any post-conviction proceeding: LEON A TRAWICK

(g) On appeal from any ruling against you in a post-conviction proceeding: NONE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ____________

(b) Give the date the other sentence was imposed: ____________

(c) Give the length of the other sentence: ____________

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: PRAY THIS COURT TO VACATE THE ORDER OF RESTITUTION

or any other relief to which movant may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on ______________________ (month, date, year).

Executed (signed) on JULY 16TH 2005 (date).

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ______________________

* * * * *