**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL EDIALE AIHE,

Defendant.

Criminal No. 01-162(2) (JRT/FLN)

**ORDER**

Michelle E Jones, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Michael Ediale Aihe, 2769 Amaya Terrace, Lake Mary, FL 32746, *pro se* defendant.

Defendant moves for permission to travel on September 13, 2007 to Nigeria to care for his ailing father, who is currently under hospice care. The probation officer does not oppose this request, nor does the prosecution. Therefore, the Court finds good cause for defendant to travel to Nigeria.

Based on the Defendant's motion and all the files, records and proceedings herein

**IT IS HEREBY ORDERED** that defendant's motion for permission to travel to Nigeria, [Docket No. 284], is **GRANTED IN PART.** The defendant is allowed a 30-day period of time for travel to Nigeria and shall return on or before October 13, 2007. The defendant shall provide the probation officer with the address and telephone number of where he will be staying, and any other pertinent information as requested by the probation officer.

DATED: September 10, 2007
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge